# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Veola Williams, | ) |
|     Plaintiff, | ) Civil Action No. 4:08-1837-TLW |
| vs. | ) |
| | ) **ORDER** |
| Michael J. Astrue, | ) |
| Commissioner of Social | ) |
| Security Administration, | ) |
|     Defendant. | ) |

On March 21, 2011, Counsel for the Plaintiff, Veola Williams, filed a motion for attorney's fees and costs pursuant to the Social Security Act, 42 U.S.C. §406(b). The motion seeks reimbursement for counsel's representation in the captioned matter in the amount of $16,547.75, which represents twenty-five percent of the past-due benefits withheld by the Social Security Administration for attorney's fees. The defendant has indicated in his response to plaintiff's motion that he does not oppose plaintiff's motion for attorney's fees. The Court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's request for fees reasonable. Accordingly, **IT IS ORDERED** that Plaintiff's motion for attorney's fees pursuant to the Social Security Act, 42 U.S.C. §406(b), is granted in the amount of $16,547.75. Counsel shall remit any EAJA fees awarded to plaintiff in light of this Order granting attorney's fees under 406(b), in the amount of $5,719.80.

**IT IS SO ORDERED.**

s/ Terry L. Wooten
TERRY L. WOOTEN
UNITED STATES DISTRICT COURT JUDGE

September 15, 2011
Florence, SC